IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

TWILLA WALLACE,                         )
                                        )       4:10CV00057
            Plaintiff,                  )
                                        )
v.                                      )       **ORDER**
                                        )
COMMISSIONER OF SOCIAL                  )
SECURITY,                               )       By: Jackson L. Kiser
                                        )       Senior United States District Judge
            Defendant.                  )


Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending an Order be entered affirming the Commissioner's final decision, granting the Commissioner's Motion for Summary Judgment, and dismissing this case from the docket of the Court. [ECF No. 21.] This *Report* was filed on July 15, 2011, from which the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment is **GRANTED**, and the decision of the Commissioner in this case is **AFFIRMED**. The Clerk is hereby directed to dismiss this case from the docket of the court.

Entered this 1st day of August, 2011.


s/Jackson L. Kiser
Senior United States District Judge